# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JACQUELINE L. ROWE,        ) | |
|        ) | |
| **Plaintiff,**        ) | |
|        ) | |
| **vs.**        ) | **CASE NO.** CIV-23-326-SLP _____ |
|        ) | |
| 1. SCHULTE HOSPITALITY        ) | |
| GROUP, LLC        ) | **Removed from the District** |
|        ) | **Court of Oklahoma County, State of** |
| **Defendant.**        ) | **Oklahoma, No. CJ-2023-1433** |

## DEFENDANT'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Schulte Hospitality Group, Inc. (misnamed as "Schulte Hospitality Group, LLC") ("Defendant"), hereby removes this action from the District Court of Oklahoma County, Oklahoma, to the United States District Court for the Western District of Oklahoma, and in support of removal states as follows:

On or about March 16, 2023, Plaintiff filed *Jacqueline L. Rowe v. Schulte Hospitality Group, LLC*, Case No. CJ-2023-1433 in the District Court of Oklahoma County, State of Oklahoma.

Removal is proper under 28 U.S.C. § 1441, because this Court has original jurisdiction of this action under 28 U.S.C. § 1331. This action arises under the Constitution laws, or treaties of the United States. Specifically, the state court action asserts claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

Removal is proper to the United States District Court for the Western District of Oklahoma, because it is the "district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

The state court action was filed on or about March 16, 2023. Defendant received of the Petition by mail on March 21, 2023. This Notice of Removal is filed within 30 days after the receipt of the initial pleading setting forth the claim for relief upon which the action is based. Therefore, this Notice is timely under 28 U.S.C. § 1446(b).

In accordance with 28 U.S.C. § 1446(a) and LCvR81.1, a copy of all process, pleadings, and orders on file in the state court action and served upon Defendant are submitted with this Notice of Removal, as follows:

Exhibit 1:    State Court Docket Sheet

Exhibit 2:    Plaintiff's Original Petition

Exhibit 3:    Summons

Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly give written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the District Court of Oklahoma County, Oklahoma.

WHEREFORE, Defendant Schulte Hospitality Group, Inc. hereby removes the above-referenced state court action now pending in the District Court of Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.

April 18, 2023.                                  Respectfully submitted,

**GORDON & REES**


**ROBERT A. BRAGALONE, OBA #31898**
(214) 231-4714 (Direct Dial)
Email: BBragalone@grsm.com
**JASON E. WINFORD, SBOT #00788693**
Email: JWinford@grsm.com
(214) 231-4760 (Direct Dial)
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 461-4053 Facsimile

**FARESHTEH HAMIDI, OBA #34155**
(945) 269-8186 (Direct Dial)
Email: FHamidi@grsm.com
101 Park Avenue, Suite 1300
Oklahoma City, OK  73102

**ATTORNEYS FOR DEFENDANT**
**SCHULTE HOSPITALITY GROUP, INC.**

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on April 18, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5. Any other counsel of record or unrepresented party will be served by electronic mail, and/or first class mail on this same date.

Jacqueline Rowe
2813 Brompton Dr.
Norman, Oklahoma 73072
Email: *rowej422@aol.com*

*/s/ Robert A. Bragalone*
Robert A. Bragalone